

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-22-00182-CV

**IN THE INTEREST OF A.R.T**., a child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01505
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on April 11, 2022. *See* TEX. R. APP. P. 35.1(b). To date, this court has not received a notification of late record or the reporter's record.

We order court reporter Elva Chapa to file the reporter's record or a notification of late record in this court **within ten days of the date of this order**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court